IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHASE KAUFMANN, | ) | |
| | ) | Civil Action No. 7:23cv00114 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DEPUTY B. FIELDS, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendant. | ) | |

Plaintiff Chase Kaufmann, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On March 6, 2023, an order mailed to Kaufmann was returned to the court as undeliverable and with no forwarding addresses. (*See* ECF No. 6.) Because the court has no current address to contact Kaufmann, this action will be dismissed without prejudice. The court notes that this dismissal is without prejudice to Kaufmann's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 8th day of March, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE